# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |
|---|---|
| U.S. TIRE MANUFACTURERS ASSOCIATION, | ) ) ) |
| *Petitioner,* | ) ) |
| v. | ) Case No. 25-1041 ) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) |
| *Respondent.* | ) ) |

_____)

## PETITION FOR REVIEW

Pursuant to Clean Air Act section 307(b)(1), 42 U.S.C. § 7607(b)(1), Fed. R. App. P. 15, and Circuit Rule 15, U.S. Tire Manufacturers Association hereby petitions this Court for review of the final action of the United States Environmental Protection Agency entitled *National Emission Standards for Hazardous Air Pollutants: Rubber Tire Manufacturing*, published on November 29, 2024 at 89 Fed. Reg. 94,886.

A Rule 26.1 corporate disclosure statement is attached.

Dated:  January 28, 2025                      Respectfully submitted,

                                                                  /s/ *Russell S. Frye*
                                                                  Russell S. Frye
                                                                  FryeLaw PLLC

1629 K Street, N.W.
Suite 300
Washington, DC  20006-1631
(202) 572-8267 (tel)
(866) 850-5198 (fax)
rfrye@fryelaw.com
*Counsel for U.S. Tire*
    *Manufacturers Association*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                           )
**U.S. TIRE MANUFACTURERS ASSOCIATION,**   )
                                           )
*Petitioner,*                              )
                                           )
v.                                         )   Case No. _____
                                           )
**U.S. ENVIRONMENTAL PROTECTION**          )
**AGENCY,**                                )
                                           )
*Respondent.*                              )
_____)

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rule 26.1, counsel for petitioner U.S. Tire Manufacturers Association certifies as follows:

1. U.S. Tire Manufacturers Association ("USTMA") is the national trade association for tire manufacturers that produce tires in the United States, headquartered in Washington, D.C. Its purposes include advocating for its members' interests before federal and state policymakers and, where appropriate and necessary, in the courts and other tribunals. USTMA's 11 member companies operate 55 tire-related manufacturing facilities in 16 states. USTMA advances a sustainable tire manufacturing industry through thought leadership and a commitment to science based public policy advocacy. U.S. tire

manufacturers are subject to, and will incur costs and operational constraints associated with, the Environmental Protection Agency's adoption of expanded standards for emissions of air pollutants from tire manufacturing plants that is the subject of the above-captioned action.

2.  U.S. Tire Manufacturers Association does not have a parent corporation, and no publicly-held company has a 10 percent or greater ownership interest in U.S. Tire Manufacturers Association. U.S. Tire Manufacturers Association is a "trade association" within the meaning of Circuit Rule 26.1(b).

Dated: January 28, 2025  Respectfully submitted,

/s/ *Russell S. Frye*
Russell S. Frye
FryeLaw PLLC
1629 K Street, N.W.
Suite 300
Washington, DC 20006-1631
202-572-8267
rfrye@fryelaw.com
*Counsel for U.S. Tire Manufacturers Association*

# CERTIFICATE OF SERVICE

This is to certify that the foregoing Petition for Review of U.S. Tire Manufacturers Association and its Rule 26.1 Corporate Disclosure Statement were served on Respondent this 28th day of January, 2025, by placing copies in the U.S. Mail, First Class postage prepaid, addressed to each of the following:

James Payne, Acting Administrator
Office of the Administrator (1101A)
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

James McHenry, Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

/s/ *Russell S. Frye*