# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-1041**                  **September Term, 2024**

**EPA-89FR94886**

**Filed On: March 14, 2025** [2105722]

U.S. Tire Manufacturers Association,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

### O R D E R

Upon consideration of the unopposed motion to hold case in abeyance and the unopposed motions for extension of time, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by May 27, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
James A. Kaiser
Deputy Clerk