# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |  |
|---|---|---|
| U.S. TIRE MANUFACTURERS ASSOCIATION, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 25-1041 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Respondent. | ) ) | |

_____)

## STIPULATED MOTION FOR VOLUNTARY DISMISSAL

Petitioner U.S. Tire Manufacturers Association and Respondent U.S. Environmental Protection Agency move pursuant to Federal Rule of Appellate Procedure 42(b) for voluntary dismissal of Petition No. 25-1041, with each party to pay its own fees and costs.

Dated:  June 6, 2025

Respectfully submitted,

/s/ *Russell S. Frye*
RUSSELL S. FRYE
FryeLaw PLLC
1629 K Street, N.W.
Suite 300
Washington, DC  20006-1631
(202) 572-8267 (tel)
(866) 850-5198 (fax)

rfrye@fryelaw.com
*Counsel for Petitioner U.S. Tire*
  *Manufacturers Association*

*/s/Jin Hyung Lee*
JIN HYUNG LEE
Environmental Defense Section
Environment and Natural
Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640 (tel)
jin.hyung.lee@usdoj.gov
*Counsel for Respondent U.S.*
  *Environmental Protection*
  *Agency*

2

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT,
TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

Pursuant to Rules 27(d) and 32(g)(1) of the Federal Rules of Appellate Procedure and Circuit Rule 27(a)(2), I hereby certify that the foregoing STIPULATED MOTION FOR VOLUNTARY DISMISSAL complies with the word limit in Fed. R. App. P. 27(d)(2), because it contains 37 words, as counted by a word processing system that includes headings, footnotes, quotations, and citations in the count, and excluding the parts of the document exempted by Fed. R. App. P. 27(d)(2) and 32(f).

This document also complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it was prepared in a proportionally spaced typeface using Microsoft Word 2010 14 point Times New Roman font.

Dated: June 6, 2025

s/ *Russell S. Frye*
Russell S. Frye

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing STIPULATION FOR VOLUNTARY DISMISSAL and associated Certificate of Compliance was filed with the Court and served on all counsel of record through the Court's electronic case filing (ECF) system on this 6th day of June, 2025.

                                                */s/ Russell S. Frye*
                                                Russell S. Frye